**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  14-cv-02230-LTB

DENNIS HEATON,

       Plaintiff,

v.

SMITH AND NEPHEW, INC., a Delaware corporation,

       Defendant.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Rule 41(a) Notice of Dismissal With Prejudice (Doc 5 - filed October 2, 2014), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                      BY THE COURT:

                        s/Lewis T. Babcock
                      Lewis T. Babcock, Judge

DATED:  October 3, 2014